UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSVALDO GUZMAN,<br><br>       Plaintiff(s),<br><br>    v.<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>       Defendant(s). | 23-CV-10119 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  On November 28, 2023, the Court ordered the parties to submit a joint status letter and proposed case management plan by January 4, 2024, and to appear before the Court on January 11, 2024, for an initial pretrial conference ("conference").  ECF No. 3.  The deadline for the parties' submission has passed, and Defendant has still not appeared.  Accordingly, it is hereby ORDERED as follows:

  The conference is ADJOURNED to **January 25, 2024, at 12:00 p.m. (E.T.)**.  The parties shall dial in by calling (646) 453-4442 and entering the Phone Conference ID: 738 594 283, followed by the pound (#) sign.

  The parties are ORDERED to file a joint letter, as described at ECF No. 3, by **January 18, 2024**.  If Defendant has still not appeared by said date, Plaintiff is ORDERED file a letter stating (1) whether this case has settled or otherwise been terminated, (2) whether there have been any communications with the Defendant(s), and (3) whether Plaintiff intends to move for default judgment or to voluntarily dismiss this case.  The parties are on notice that failure to comply with the Court's Orders may result in sanctions.

  SO ORDERED.

Dated: January 5, 2024
      New York, New York

_____
DALE E. HO
United States District Judge
