UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OSVALDO GUZMAN,

                          Plaintiff(s),

                v.

UNITED STATES POSTAL SERVICE,

                          Defendant(s).

23-CV-10119 (DEH)

ORDER

DALE E. HO, United States District Judge:

On November 28, 2023, the Court ordered the parties to submit a joint status letter and proposed case management plan by January 4, 2024, and to appear before the Court on January 11, 2024, for an initial pretrial conference ("conference").  ECF No. 3.  Defendant had not appeared by the submission deadline; accordingly, the Court adjourned the deadline for the joint letter to January 18, 2024, and adjourned the conference to January 25, 2024.  ECF No. 5.  The joint letter submission is now overdue, and Defendant still has not appeared.  Accordingly, the January 25 conference is hereby **ADJOURNED** *sine die*.

Additionally, by no later than **January 24, 2024**, Plaintiff is hereby ORDERED to file on ECF a letter updating the Court on the status of the case.  The letter shall address (1) whether this case has settled or otherwise been terminated, (2) whether there have been any communications with the Defendant, and (3) whether Plaintiff intends to move for default judgment or to voluntarily dismiss this case.  Plaintiff is on notice that failure to prosecute its case may result in its dismissal.

SO ORDERED.

Dated:  January 19, 2024
      New York, New York

 

_____

DALE E. HO
United States District Judge