UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSVALDO GUZMAN,<br><br>                           Plaintiff(s),<br><br>      v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>                           Defendant(s). | 23-CV-10119 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

    Due to a glitch with Microsoft Teams, the new dial-in information for the conference to be held today, on **February 8, 2024, at 12:00 p.m. (E.T.)**, is as follows:

    The parties are directed to dial 646-453-4442, enter the meeting code 110629388, and press pound (#).

    SO ORDERED.

Dated: February 8, 2024
        New York, New York

                                                            DALE E. HO
                                          United States District Judge