UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSVALDO GUZMAN,<br><br>                            Plaintiff,<br><br>          v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>                            Defendant. | 23-CV-10119 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On March 21, 2024, Defendant filed a motion to dismiss this case. ECF No. 13. Pursuant to Local Rule 6.1(b), Plaintiff's deadline to respond to this motion was on April 4, 2024. That date has now passed, and Plaintiff has filed no submission.

Accordingly, it is hereby ORDERED that Plaintiff may file an opposition by no later than **April 9, 2024**. If Plaintiff fails to oppose Defendant's motion by that date, the Court will consider Defendant's motion to be fully briefed. Plaintiff is on notice that under this Court's Individual Rule 2(e)(ii), any request for an extension of a deadline made after the expiration of the original deadline will be denied, absent a showing of extraordinary circumstances. Accordingly, Plaintiff's extended deadline of April 9, 2024, is firm; any request made by the Plaintiff to adjourn that deadline to a later date is unlikely to be granted.

        SO ORDERED.

Dated: April 5, 2024
       New York, New York

                                                          DALE E. HO
                                                          United States District Judge